IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION


**LAWRENCE W. ROLAND,**                              Civ. No. 6:23-cv-00011-AA

         Plaintiff,                              **OPINION AND ORDER**


         v.


**FIRST-CITIZENS BANK & TRUST
COMPANY; CIT BANK INC.; MTC
FINANCIAL, INC.,**

         Defendants.

_____

AIKEN, District Judge:

On January 3, 2023, now-dismissed Defendant LoanCare, LLC ("LoanCare")

removed this case to federal court. The Court granted LoanCare's Motion to Dismiss

and entered Judgment of Dismissal as to LoanCare. ECF Nos. 13, 14. Defendant MTC

Financial ("MTC") filed its Answer on March 6, 2023. No party has taken any other

action in the case since that time. Therefore, the Court ORDERS Plaintiff to show

good cause why this case should not be dismissed for failure to prosecute. Fed. R. Civ.

Page 1 – OPINION AND ORDER

P. 41 (b). Plaintiff shall have thirty (30) days from the date of this order to file briefing

with the court identifying why the case should not be dismissed. Failure to file such

briefing will result in immediate dismissal of the case without further notice.

It is so ORDERED

Dated this 12th Day of June 2025

_____/s/Ann Aiken_____

Ann Aiken
United States District Judge

Page 2 – OPINION AND ORDER